**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ebony Williams
In Proper Person
110 Saskatchewan Ave.
Lafayette LA 70501

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 17, 2024

**REHEARING ACTION: July 17, 2024**

**Docket Number: 24   00023-CA**

**EBONY WILLIAMS**
**VERSUS**
**LOUIS J. PERRET, LAFAYETTE CLERK**
**OF COURT, ET AL.**

**Appealed from Lafayette Parish Case No. C-2023-4468**

**BEFORE JUDGES:**

> **Hon. D. Kent Savoie**
> **Hon. Charles G. Fitzgerald**
> **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ebony Williams** has this day been

   **DENIED.**

cc: Cearley W. Fontenot, Counsel for the Appellee
    Elizabeth Crowell Price, Counsel for the Appellee